No. 80–885. NATIONAL LABOR RELATIONS BOARD *v.* HEN-
DRICKS COUNTY RURAL ELECTRIC MEMBERSHIP CORP.; NA-
TIONAL LABOR RELATIONS BOARD *v.* MALLEABLE IRON RANGE
Co.; and

No. 80–1103. HENDRICKS COUNTY RURAL ELECTRIC MEM-
BERSHIP CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A.
7th Cir. [Certiorari granted, 450 U. S. 964.] Motions of
Hendricks County Rural Electric Membership Corp. and
Malleable Iron Range Co. for divided argument granted.
Requests for additional time for oral argument denied.

No. 80–931. CHARLES D. BONANNO LINEN SERVICE, INC.
*v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 1st Cir.
[Certiorari granted, 450 U. S. 979.] Motion of Golden Bear
Motors, Inc., et al. for leave to file a brief as *amici curiae*
granted.

No. 80–965. TEXACO, INC., ET AL. *v.* SHORT ET AL.; and

No. 80–1018. POND ET AL. *v.* WALDEN ET AL. Sup. Ct.
Ind. [Probable jurisdiction noted, 450 U. S. 993.] Motion
of Save Our Cumberland Mountains, Inc., et al. for leave to
file a brief as *amici curiae* granted.

No. 80–1882. CHAPMAN ET AL. *v.* DOW CHEMICAL Co.
ET AL. C. A. 2d Cir. The Solicitor General is invited to file
a brief in this case expressing the views of the United States.

No. 80–5727. EDDINGS *v.* OKLAHOMA. Ct. Crim. App.
Okla. [Certiorari granted, 450 U. S. 1040.] Motion of Na-
tional Council on Crime and Delinquency et al. for leave to
file a brief as *amici curiae* granted.

No. 80–5889. SANTOSKY ET AL. *v.* KRAMER, COMMISSIONER,
ULSTER COUNTY DEPARTMENT OF SOCIAL SERVICES, ET AL.
App. Div., Sup. Ct. N. Y., 3d Jud. Dept. [Certiorari granted,
450 U. S. 993.] Motion of H. Randall Bixler to permit
Stephen Scavuzzo, Esquire, to present oral argument *pro hac
vice* granted.